443 A.2d 371

Commonwealth, Appellant v. Gould.

Argued December 14, 1981. Michael S. Goodwin, Assistant District Attorney, for Commonwealth, appellant; Charles J. Conturso, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Appeal dismissed.

POPOVICH, J., concurred in the result.